## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| FREDERICK CARLETON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:22-cv-00113-SEP |
| COMMUNITY HOUSING MANAGEMENT CORP., et al., | ) |
| Defendants. | ) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

COME NOW Defendants Community Housing Management Corporation, Joan Denison, Jacqueline Jones Taylor and Katisha Reese (collectively, "Defendants"), by and through their undersigned counsel, and for their Unopposed Motion for Extension of Time to File a Responsive Pleading to Plaintiffs' Complaint, state as follows.

1. On January 28, 2022, Plaintiffs filed their Complaint in this case.  (Doc. 1).

2. On February 9, 2022, Defendants Community Housing Management Corporation, Joan Denison and Jacqueline Jones Taylor were served with Plaintiffs' Complaint.  (Docs. 5-7).

3. On February 16, 2022, Defendant Katisha Reese was served with Plaintiffs' Complaint.  (Doc. 9).

4. Defendants' responsive pleadings to Plaintiffs' Complaint are due March 2, 2022 and March 9, 2022, respectively.

5. The undersigned counsel was recently retained in this matter, and additional time is needed in order to prepare a responsive pleading to the Complaint.

6.	Defendants respectfully request that this Court grant Defendants an extension of time, through March 23, 2022, in which to answer or otherwise respond to Plaintiffs' Complaint.

7.	Defense counsel has conferred with Plaintiffs' counsel, and the motion is unopposed.

8.	This motion is not brought for any improper purpose or to delay this matter, and Plaintiffs will not be prejudiced by this brief extension of time to file a responsive pleading.

WHEREFORE, Defendants Community Housing Management Corporation, Joan Denison, Jacqueline Jones Taylor and Katisha Reese respectfully request this Court grant an extension of time, through and including March 23, 2022, to file a responsive pleading to Plaintiffs' Complaint, and for such other and further relief this Court deems just and proper.

Respectfully submitted,

*/s/Carrie L. Kinsella*
Carrie L. Kinsella, #65469MO
Javas A. Smith, #68409MO
JACKSON LEWIS P.C.
222 S. Central Avenue, Suite 900
St. Louis, MO  63105
Tel:  314.827.3939
Fax:  314.827.3940
carrie.kinsella@jacksonlewis.com
javas.smith@jacksonlewis.com

*Attorneys for Defendants Community Housing Management Corporation, Joan Denison, Jacqueline Jones Taylor and Katisha Reese*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2022, the foregoing **Motion for Extension of Time to File Responsive Pleading to Plaintiffs' Complaint** was electronically filed with the Court and that a true and correct copy was electronically served upon the following via the CM/ECF system:

Matthew T. Singer
The Law Office of Matthew T. Singer
7505 Delmar Blvd.
St. Louis, MO  63130
mtsinger@mtsinger.com

*Attorney for Plaintiffs*

                                          */s/Carrie L. Kinsella*

4893-5313-7426, v. 1