UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FREDERICK CARLETON et al. | ) |
| Plaintiffs, | ) |
| vs. | ) Case No.: 4:22-cv-00113 |
| COMMUNITY HOUSING MANAGEMENT CORP. et al, | ) |
| Defendants. | ) |

# PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs, Frederick Carleton, Barry Horwitz, Ella Raber, Dorothea Parks, Ann Frank and Sherri Weintrop by and through counsel and pursuant to F.R.C.P 41 files this Notice of Dismissal without prejudice with this Honorable Court, dismissing their remaining causes of actions against the remaining Defendants, and for such Notice states as follows:

1. Plaintiffs filed their Complaint (Doc. # 1) on or about January 28, 2022.

2. No answer, motion for summary judgment, counterclaims or cross claims have been filed in this matter.

3. Plaintiffs, Carleton, Horwitz, Raber and Parks have already filed a Notice of Dismissal With Prejudice for Defendants, Community Housing Management Corp., Denison, Jones/Taylor and Reece.

4. Claims remain by all Plaintiffs against Randall Reinker and claims remain by Plaintiffs, Frank and Weintrop against all Defendants.

5. However, Plaintiffs have resolved the majority of the dispute which spurred the Complaint (Doc. #1) filed with this Court.

1

6. The remaining issues have either become moot or are of a less important nature because possession of certain Plaintiffs residences is no longer at issue.

7. As such the Plaintiffs have decided they would like to dismiss the remainder of their claims against the remainder of the Defendants and move on with their lives.

8. F.R.C.P 41 titled "Dismissal of Actions" states that a voluntary dismissal by the Plaintiff may take place without a court order if a notice of dismissal is filed prior to the opposing party serving either an answer or a motion for summary judgment.

9. Here Plaintiffs file this notice prior to an answer or a motion for summary judgment being filed but states such dismissal should be without prejudice.

WHEREFORE, Plaintiffs Carleton, Horwitz, Raber, Parks, Frank and Weintrop respectfully requests this Court issue a notice of dismissal without prejudice as to Defendant Randall Reinker and dismiss without prejudice on behalf of Frank and Weintrop against Community Housing Management Corp., Denison, Jones/Taylor and Reece and for any other relief this Court deems just and proper.

    /s/Matthew T. Singer
Matthew T. Singer #57764MO
The Law Office of Matthew T Singer
Attorney for Plaintiffs
7505 Delmar Blvd.
St. Louis, MO 63130
(314) 272-3388
(877) 816-7884 (Fax)
E: MTSinger@MTSinger.com

2

      A copy of the foregoing filed electronically with the Clerk of the Court this 30th day of September, 2022, to be served by operation of the Court's electronic filing system upon the following:  Mr. Lee J. Karge and Mr. Lawrence Smith, Attorneys for Defendant Randall Reinker, lkarge@brinkerdoyen.com and smith@brinkerdoyen.com ; Ms. Carrie L. Kinsella and Mr. Javas A. Smith, Attorneys for Defendants Community Housing Management Corporation, Joan Denison, Jacqueline Jones Taylor and Katisha Reese, carrie.kinsella@jacskonlewis.com and javas.smith@jacksonlewis.com.

                                                     /s/Matthew T. Singer